### 14514.   DENT *v.* THE STATE.

LUKE, J.  The motion for a new trial contained only the usual general grounds, and, as the verdict was authorized by some evidence and approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

Decided June 12, 1923.

Accusation of possessing liquor; from city court of Baxley — Judge Speer. March 17, 1923.

*V. E. Padgett,* for plaintiff in error.